**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

Inorganic Recycling
Corporation and Inorganic
Recycling of Arkansas,

Case No. 98-25467-BKC-JKO
Case No. 98-25468-BKC-JKO

Chapter 7 (Jointly Administered)

_____ Debtors _____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

      Applicant, Erin P. Messing, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $6,827.41, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of Andrew Messing. Applicant further states that:

1.    (Indicate one of the following items:)

    ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    _√_ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

<table>
<tr><td rowspan="5"><strong>FINANCIAL OFFICE REVIEW</strong></td><td>Application Received</td><td>Date: 5/9/08</td><td>Initials: <em>LV</em></td></tr>
<tr><td>Payment Approved</td><td>Date: 5/9/08</td><td>Initials: <em>LV</em></td></tr>
<tr><td>Forwarded to Judge</td><td>Date: 5/6/08</td><td>Initials: <em>LV</em></td></tr>
<tr><td>Accounting Code</td><td colspan="2">604-78K</td></tr>
</table>

___ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.     Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.     Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: March 24th, 2008

Andrew Messing
Name Under Which Funds Were Deposited

Signature of Applicant
(Note: In addition to signing, complete all information below)

Claim No. 00123
Claim Number

Erin P. Messing
Name of Party On Whose Behalf
Application Was Filed*

Last Four Digits of SS#

Tax ID (EIN #) _____ N/A

Address: 4 Indigo Terrace

Lake Worth, FL 33460

Erin P. Messing
Print Name and Title of Applicant

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on  3-24-08

NOTARY PUBLIC, AT LARGE
STATE OF  FLORIDA

ELAYNE S. GOODING
MY COMMISSION # DD 711339
EXPIRES: October 19, 2011
Bonded Thru Budget Notary Services

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

INORGANIC RECYCLING CORPORATION
AND INORGANIC RECYCLING OF
ARKANSAS

Case No.  98-25467-BKC-JKO
Case No.  98-25468-BKC-JKO
Chapter 7 (Jointly Administered)

_____ Debtor _____/

## AFFIDAVIT OF CLAIMANT

I, **ERIN P. MESSING**, am (indicate status of claimant)

( x )  the individual creditor (or authorized personal representative of the
individual creditor) in whose name funds were deposited with the court who has
granted a power of attorney to NOT APPLICABLE, a "funds locator" or attorney
to submit an application to withdraw unclaimed funds on my behalf; or

(   )  the  duly authorized representative for the claimant "business"
_____; or

(   )  the debtor claiming funds deposited in the name of a creditor in this case
who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

(   )  the debtor claiming funds deposited in the name of the debtor in this case
who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

(   )  the duly authorized representative for claimant "business" as indicated in the
attached corporate power of attorney who has granted a power of attorney to
_____ a "funds locator" or attorney,
to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ **6,827.41**
deposited in this court in the name of **ANDREW MESSING, DECEASED** and
representing claim number **00123** (if no claim was filed write "scheduled" in blank
space).

LF-28 (rev. 08/10/07)                          Παγε 1 οφ 2

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 5/7/2008

_____
Signature of claimant

ERIN P. MESSING
Print name

3892_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

4 Indigo Terrace, Lake Worth, FL  33460
Address

(561) 585-5332
Phone number

Sworn to and Subscribed before me,  ERIN P. MESSING
on _May 7, 2008_____.

_____
NOTARY PUBLIC; STATE OF FLORIDA

IN THE CIRCUIT COURT FOR PALM BEACH
COUNTY, FLORIDA, PROBATE DIVISION

FILE NO.: CP-01-684-IY

IN RE: ESTATE OF

ANDREW MESSING,

      Deceased.

_____/

## LETTERS OF ADMINISTRATION OF
## SUCCESSOR PERSONAL REPRESENTATIVE

## TO ALL WHOM IT MAY CONCERN:

**WHEREAS,** ANDREW MESSING, a resident of Palm Beach County, Florida, died on February 3, 2001, owning assets in the State of Florida, and

**WHEREAS,** SAMUEL J. FALCONE was appointed Personal Representative on February 28, 2001; and subsequently resigned from his duties on February 11, 2002, said resignation being accepted by Order of this Court entered on MARCH 26, 2002

**WHEREAS,** ERIN P. MESSING, the surviving spouse of the decedent and a residuary beneficiary of this estate has been selected to serve as Successor Personal Representative by the majority of the beneficiaries and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

**NOW, THEREFORE, I,** the undersigned Circuit Court Judge, declare ERIN P. MESSING to be duly qualified under the laws of the State of Florida to act as Personal Representative of the Estate of ANDREW MESSING, Deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

**WITNESS** my hand and the seal of this court on March 26, 2002.

_____
Circuit Court Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

CASE NO. 98-25467-BKC-JKO
CASE NO. 98-25468-BKC-JKO

INORGANIC RECYCLING
CORPORATION and INORGANIC
RECYCLING OF ARKANSAS,

(Chapter 7 (Jointly Administered)

Debtors

_____/

## MOTION TO HALT CASE CLOSING AND REISSUE CHECK
## FOR DISTRIBUTION ON ALLOWED CLAIM NO. 00123

Thomas M. Messana, as counsel for the late Andrew Messing ("Messing"), files this

Motion to Halt Case Closing and Reissue Check on Allowed Claim No. 00123 in the above

referenced case and states as follows:

1.      Pursuant to Court Order entered on December 6, 2006, John P. Barbee, Trustee

disbursed funds in the amount of $13,654.81 by Check No. 151 made payable to Messing and

delivered in the care of the undersigned. A copy of the check is attached hereto as Exhibit A.

2.      Prior to transfer of the check to Messing, by the undersigned, Messing passed

away. Check No. 151 in the amount of $13,654.81 has since expired. As such, the distribution

on allowed claim No. 00123 ought to be reissued.

3.      Probate of Messing's estate has been administered in the Circuit Court for Palm

Beach County, Florida, Probate Case No. 502001CP000684XXFOIY.      Pursuant thereto,

Messing's interest in Claim No. 00123 was distributed to Messing's heirs as follows:

| | |
|---|---|
| Erin P. Messing | 1/2 |
| Gilbert Messing | 1/6 |
| Madeline Levy | 1/6 |
| Bonnie Messing | 1/18 |
| Robin Messing | 1/18 |
| Susan Messing | 1/18 |

A copy of the Assignment Of Proof Of Claim evidencing the above distribution is attached hereto as Exhibit B.

4.    Accordingly, in addition to reissuing the distribution, it would assist the administration of justice if the distribution on Claim No. 00123 be amended via reissued checks totaling $13,654.81, and, in accordance with the above referenced proportions as follows:

| | |
|---|---|
| Erin P. Messing | $6,827.41 |
| Gilbert Messing | $2,275.80 |
| Madeline Levy | $2,275.80 |
| Bonnie Messing | $ 758.60 |
| Robin Messing | $ 758.60 |
| Susan Messing | $ 758.60 |

5.    Messana further seeks authority to destroy expired Check No. 151.

6.    John P. Barbee, Trustee has expressed disagreement with the relief sought herein.

WHEREFORE, Thomas M. Messana, as counsel for the late Andrew Messing, request that this Court halt the closing of this case and enter an Order attached hereto as Exhibit C authorizing and directing John P. Barbee, Trustee, to re-issue the disbursement, under Claim No. 00123, of $13,654.81 in the manner indicated in Paragraph 4 above and grant such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 2090-1

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing to all parties marked with an asterisk and by U.S. Mail to all other interested parties on the attached service list this 12th February, 2008.

2

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted,

Genovese Joblove & Battista, P.A.
Counsel for *Andrew Messing, Deceased*
200 East Broward Boulevard, Suite 1110
Ft. Lauderdale, FL 33301
Telephone:  (954) 453-8000
Facsimile:  (954) 453-8010


/s/Thomas M. Messana
Florida Bar No. 991422

3

**SERVICE LIST**
**Inorganic Recycling Corp.**

Air Products and Chemicals Inc
7201 Hamilton Blvd
Allentown, PA 18195

Lance H Baker
POB 1900
200 E Broward Blvd 15 Fl
Ft. Lauderdale, FL 33302

John P. Barbee              *
4855 Hillsboro Blvd Suite B-4
Coconut Creek, FL 33073

Board of Directors
c/o Kenneth S Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432

Syble Boren
612 Riverbend Cove
Blytheville, AK 72315

Jason B Burnett
50 N Laura St #3300
Jacksonville, FL 32202

Marcello Caridi
c/o Kenneth S Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432

Cleveland Fluid Systems
c/o Gary M Murphree
201 S Biscayne Blvd #3200
Miami, FL 33131

Renee Cooper
270 1 Ave #7 G
New York, NY 10007

Credit Research & Trading LLC
1 Fawcett Pl
Greenwich, CT 06830

Richard A. Cree
POB 14328
Columbus, OH 43214

Richard A Dannells
684 Shamrock Dr
Pismo Beach, CA 93449

Ralph DeRosa
404A Weser Ave
Staten Island, NY 10304

Kim Dixon
270 1 Ave #7 G
New York, NY 10007

Benjamin Durfee
1410 Pennsylvania Ave
Columbus, OH 43201

Gersen Wood and Blakeman LLP
270 Madison Ave
New York, NY 10016

Glick Enterprises, Inc.
POB 307423
Gahanna, OH 43230

Richard M Goldstein
2 S Biscayne Blvd #3700
Miami, FL 33131

Robert J. Gorman
c/o Gary M Murphree
201 S Biscayne Blvd #3200
Miami, FL 33131

Richard Gerard Grimm
276 First Ave #5-D
New York, NY 10009

William Heichel, Trustee
c/o Gary M Murphree
201 S Biscayne Blvd #3200
Miami, FL 33131

John H Hickey
1401 Brickell Ave #510
Miami, FL 33131

4

Morris I. Hollander, CPA
1 SE 3 Ave 10 Flr
Miami, FL 33130

Inorganic Recycling of Arkansas    *
c/o Paul L Orshan
Duane Morris L L P
200 S Biscayne Blvd #3410
Miami, FL 33131

Robert L. Lambert
c/o Kenneth S Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432

Robert L. Lazarus
c/o Gary M Murphree
201 S Biscayne Blvd #3200
Miami, FL 33131

Theodore Leoutsakos
2125 29 St
Astoria, NY 11105

Lockwood Laboratories
1001 E St
POB 2728
Springfield, OH 45501

Frederick J. Loeffler
59 Ecker Ave
West Babylom, NY 11704

Patricia Mangan
86 Elm Ave
Floral Park, NY 11001

J Jeffrey McNealey, Trustee
c/o Gary M Murphree
201 S Biscayne Blvd #3200
Miami, FL 33131

Mike Volk Co
c/o Gary M Murphree
201 S Biscayne Blvd #3200
Miami, FL 33131

Robert Miller
c/o Gary M Murphree
201 S Biscayne Blvd #3200
Miami, FL 33131

Michael Miller.
565 5 Ave
New York, NY 10017

Gary M Murphree
201 S Biscayne Blvd #3400
Miami, FL 33131

Steven H Naturman
9500 S Dadeland Blvd #610
Miami, FL 33156

Robert O'Brien
c/o Kenneth S Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432

Alan R. Pavsner
c/o Kenneth S Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432

Robert Philpott
16030 Ventura Blvd #380
Encino, CA 91436

Elizabeth L Poggioli
8 Borden St
Monmouth Beach, NJ 07750

Rachlin Cohen & Holtz LLP
POB 112640
Miami, FL 33111

David Siegel
Donna Siegel
8303 Bermuda Sound Way
Boynton Beach, FL 33436

Larry M. Southwick
992 Marion Ave #306
Cincinnati, OH 45229

E. Lisa Tang
138 Central Ave
Albany, NY 12206

Gregory N Woods
5801 Pelican Bay Blvd #300
Naples, FL 34108

Gary J. Rotella, Esq.          *
New River Center, Suite 1850
200 East Last Olas Blvd.
Fort Lauderdale, FL 33301

Joel M. Aresty, Esq.          *
11077 Biscayne Blvd., PH
Miami, FL 33161

John P. Barbee, Trustee          *
333 17th Street, Suite K
Vero Beach, FL 32960

Frank Terzo, Esq.          *
Katz Baron, et al.
222 Lakeview Avenue # 1400
Miami, FL 33133

Peter D. Russin, Esq.     *
Melan Russin, et al.
200 S. Biscayne Blvd,
Suite 3000
Miami, FL 33131

Sonya Salkin, Trustee     *
Michael D. Wood, Esq.
Malnik & Salkin
1776 N. Pine Island Road
Suite 216
Plantation, FL 33322

Robert N. Gilbert, Esq.     *
222 Lakeview Avenue
Suite 1400
West Palm Beach, FL 33402

David C. Profilet, Esq.          *
501 Brickell Key Drive, # 407
Miami, FL 33131

Patrick S. Scott, Esq.          *
111 SE 12th Street
Suite B
Fort Lauderdale, FL 33316

Leonard T. Provenzale, Esq.     *
7771 W. Oakland Park Blvd.
Sunrise, FL 33351

Assistant U.S. Trustee          *
51 SW First Avenue
Miami, FL 33130

Charles I. Cohen          *
Furr & Cohen, PA
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431

Hollie N. Hawn          *
Broward Co. Attorney's Office
115 S. Andrews Avenue, Suite 423
Fort Lauderdale, Fla. 33301

John L. Heller          *
Barbee-Associates, Inc.
4855 W. Hillsboro Blvd., Suite B4
Coconut Creek, Fla. 33073

Ravi Batta, Esq          *
18260 NE 19 Ave #202
North Miami Beach, FL 33162 *

Dennis J LeVine, Esq          *
103 S Boulevard
Tampa, FL 33606

Eric A. Lee          *
Lee & Amtzis, P.L.
5550 Glades Rd Ste 401
Boca Raton, Florida 334317215

Claim 00123, Payment 10.8023%
PER ORDER ENTERED 12/6/05 CP608 AND
REAFFIRMED ON REHEARING 2/8/06

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
NAFL-1/1110 TX

CHECK NUMBER

**151**

JOHN P. BARBEE, TRUSTEE
PO BOX 640
VERO BEACH, FL 32961-0640

09/26/07          13,654.81

1797436

98-25467    JKO    Debtor: INORGANIC RECYCLING CORP

PAY TO THE ORDER OF
Andrew Messing
C/O THOMAS M MESSANA
RUDEN MCCLOSKY
200 E BROWARD BLVD ST 1500
FT LAUDERDALE FL 33301

Thirteen Thousand Six Hundred Fifty Four Dollars And 81/100

REGISTERED VOID PAYEE OR ASSIGNEE

⑈000151⑈ ⑆111000012⑆ 3754079588⑈

| Date: 09/26/07 | Check Number:  151 | | Amount:     13,654.81 |
|---|---|---|---|

|  |  |
|---|---|
| Case Number: 98-25467    JKO | |
| Debtor Name:  INORGANIC RECYCLING CORP | |
| Tax ID: 31-1268373 | |

| Paid To: | **Andrew Messing**<br>**C/O THOMAS M MESSANA**<br>**RUDEN MCCLOSKY**<br>**200 E BROWARD BLVD ST 1500**<br>**FT LAUDERDALE FL 33301** | Trustee: | JOHN P. BARBEE, TRUSTEE<br>PO BOX 640<br>VERO BEACH, FL 32961-0640 |
|---|---|---|---|

Description:   Claim 00123, Payment 10.8023%   PER ORDER ENTEED 12/6/05 CP608 AND REAFFIRMED ON REHEARING 2/8/06

Bank Account Number:  3754079588

**EXHIBIT A**

## ASSIGNMENT OF PROOF OF CLAIM NO. 10 AND OTHER CLAIMS

ERIN MESSING, Personal Representative of the Estate of ANDREW MESSING, Deceased,

File Number 502001CP000684XXFOIY, Circuit Court for Palm Beach County, Florida, ("Messing"

or "Assignor"), for good and valuable consideration, the receipt of which is hereby acknowledged,

does hereby transfer and assign to the following estate beneficiaries in the following proportions:

| NAME & ADDRESS | OWNERSHIP INTEREST |
|---|---|
| ERIN P. MESSING<br>4 Indigo Terrace<br>Lake Worth, FL 33460 | 1/2 |
| GILBERT MESSING<br>632 Fern Street<br>West Palm Beach, FL 33401 | 1/6 |
| MADELINE LEVY<br>8719 East San Vicente Drive<br>Scottsdale, AZ 85258 | 1/6 |
| BONNIE MESSING<br>255 W. 108th Street, Apt. 9C1<br>New York, NY 10025-2927 | 1/18 |
| ROBIN MESSING<br>20 Addison Terrace<br>Old Tappan, NJ 07675 | 1/18 |
| SUSAN MESSING<br>1844 W. Larchmont Avenue<br>Chicago, IL 60613 | 1/18 |

(collectively referred to herein as "Assignees"), the following: (A) any and all claims which Messing

has against Inorganic Recycling Corp., that are set forth in that certain proof of claim dated April 26,

2000 filed by Messing in the amount of $126,406.00 and 140,298 shares of Inorganic Recycling

Corp., being Claim No. 123 in the pending case styled In re: Inorganic Recycling Corp., Debtor, in

the United States Bankruptcy Court for the Southern District of Florida, Case No. 98-25467-BKC-

**EXHIBIT B**

PGH; and (B) the right to prosecute all of the foregoing assigned claims. This Assignment is without recourse or warranty, and Assignee shall be deemed to have waived any objections to the assignment and the claim shall be noted as transferred in the records of the court.

DATED this ____23____ day of February, 2005.

ERIN MESSING, Personal Representative of
the Estate of ANDREW MESSING

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                  CASE NO.  98-25467-BKC-JKO
                                                        CASE NO.  98-25468-BKC-JKO

INORGANIC RECYCLING
CORPORATION and INORGANIC                               (Chapter 7 (Jointly Administered)
RECYCLING OF ARKANSAS,

                          Debtors

_____/

### ORDER GRANTING MOTION TO HALT CLOSING OF CHAPTER 7 CASE AND DIRECT TRUSTEE TO AMEND PAYMENT OF DISTRIBUTION ON ALLOWED CLAIM NO. 00123

**THIS CAUSE**, having come before the Court upon the *Motion to Halt Case Closing and Reissue Check for Distribution on Allowed Claim No. 00123* and the Court having examined the evidence and being otherwise duly advised in the premises, it is hereby:

**ORDERED**

1.    The Agreed Motion is granted.

2.    John P. Barbee, Trustee, (the "Trustee") shall promptly re-issue the disbursement,

**EXHIBIT C**

under Claim No. 00123, of $13,654.81 as follows:

| | |
|---|---|
| Erin P.Messing | $6,827.41 |
| Gilbert Messing | $2,275.80 |
| Madeline Levy | $2,275.80 |
| Bonnie Messing | $ 758.60 |
| Robin Messing | $ 758.60 |
| Susan Messing | $ 758.60 |

    3.    The case shall not be closed until 90 days after the Trustee delivers the checks as

set forth in paragraph 2 to Thomas M. Messana, Esq., c/o Genovese, Joblove and Battista, 200 E.

Broward Blvd., Suite 1110, Fort Lauderdale, Florida 33301.

###

Submitted by:

Thomas M. Messana, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Andrew Messing, Deceased
200 East Broward Blvd., Suite 1110
Ft. Lauderdale, Florida 33301
Telephone: (954) 453-8000
Facsimile:  (954) 453-8010

Copy furnished to:

*Thomas M. Messana, Esq., who is directed to serve a conformed copy of this Order on all parties in interest and file a certificate of service with the Court.*

## ASSIGNMENT OF PROOF OF CLAIM NO. 10 AND OTHER CLAIMS

ERIN MESSING, Personal Representative of the Estate of ANDREW MESSING, Deceased, File Number 502001CP000684XXFOIY, Circuit Court for Palm Beach County, Florida, ("Messing" or "Assignor"), for good and valuable consideration, the receipt of which is hereby acknowledged, does hereby transfer and assign to the following estate beneficiaries in the following proportions:

| NAME & ADDRESS | OWNERSHIP INTEREST |
|---|---|
| ERIN P. MESSING<br>4 Indigo Terrace<br>Lake Worth, FL 33460 | 1/2 |
| GILBERT MESSING<br>632 Fern Street<br>West Palm Beach, FL 33401 | 1/6 |
| MADELINE LEVY<br>8719 East San Vicente Drive<br>Scottsdale, AZ 85258 | 1/6 |
| BONNIE MESSING<br>255 W. 108th Street, Apt. 9C1<br>New York, NY 10025-2927 | 1/18 |
| ROBIN MESSING<br>20 Addison Terrace<br>Old Tappan, NJ 07675 | 1/18 |
| SUSAN MESSING<br>1844 W. Larchmont Avenue<br>Chicago, IL 60613 | 1/18 |

(collectively referred to herein as "Assignees"), the following: (A) any and all claims which Messing has against Inorganic Recycling Corp., that are set forth in that certain proof of claim dated April 26, 2000 filed by Messing in the amount of $126,406.00 and 140,298 shares of Inorganic Recycling Corp., being Claim No. 123 in the pending case styled In re:  Inorganic Recycling Corp., Debtor, in the United States Bankruptcy Court for the Southern District of Florida, Case No. 98-25467-BKC-

PGH; and (B) the right to prosecute all of the foregoing assigned claims. This Assignment is without recourse or warranty, and Assignee shall be deemed to have waived any objections to the assignment and the claim shall be noted as transferred in the records of the court.

DATED this ___22___ day of February, 2005.

_____
ERIN MESSING, Personal Representative of
the Estate of ANDREW MESSING

ORDERED in the Southern District of Florida on _Mar 3, 2008_



John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                          CASE NO. 98-25467-BKC-JKO
                                                CASE NO. 98-25468-BKC-JKO

INORGANIC RECYCLING
CORPORATION and INORGANIC                       (Chapter 7 (Jointly Administered)
RECYCLING OF ARKANSAS,

                    Debtors

_____/

### ORDER DEEMING MOTION TO HALT CASE CLOSING AND REISSUE CHECK FOR DISTRIBUTION ON ALLOWED CLAIM NO. 00123 AS A NOTICE OF TRANSFERRED CLAIM AND DIRECTING HEIRS TO FILE INDIVIDUAL APPLICATIONS

**THIS CAUSE,** having come before the Court, in Ft. Lauderdale, Florida on March 3, 2008 at 9:30 a.m. upon the *Motion to Halt Case Closing and Reissue Check for Distribution on Allowed Claim No. 00123* and the Court having examined the evidence and being otherwise duly advised in the premises, it is hereby:

**ORDERED**

1.      The Motion is deemed a Notice of Transferred claim pursuant to Fed. R. Bankr. P.

3001 (e)(2)..

    2.    The heirs are directed to file individual applications pursuant to 11 U.S.C. §

347(a) and this Court's local form LF-27 Application to Withdraw Unclaimed Funds.


###


Submitted by:

Thomas M. Messana, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Andrew Messing, Deceased
200 East Broward Blvd., Suite 1110
Ft. Lauderdale, Florida 33301
Telephone:  (954) 453-8000
Facsimile:   (954) 453-8010


Copy furnished to:

*Thomas M. Messana, Esq., who is directed to serve a conformed copy of this Order on all parties in interest and file a certificate of service with the Court.*


2